WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Christopher Alan James Swift, Esq.
Nevada Bar No. 11291
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cswift@wrightlegal.net
*Attorneys for Defendant, Seterus, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EMMETT WHATLEY AND MINKE WEEKS-WHATLEY,<br><br>Plaintiffs,<br>vs.<br><br>SETERUS, INC.,<br><br>Defendant. | Case No.: 2:17-cv-02943-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR SETERUS, INC. TO FILE ITS RESPONSE TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED between Plaintiffs, Emmett Whatley and Minke Weeks-Whatley ("Plaintiffs"), by and through his attorneys of record, David H. Krieger, Esq. of the law firm Haines & Krieger, LLC, and Defendant Seterus, Inc. ("Seterus"), by and through its attorneys of record, Edgar C. Smith, Esq. and Christopher Alan James Swift, Esq. of the law firm Wright, Finlay & Zak, LLP, in order to discuss possible resolution of the matter, the parties agree to extend the deadline for Seterus to file its response to the Complaint, to January 3, 2018.

///

///

///

///

1 | This is the parties' first request for an extension and is not intended to cause any delay or
2 | prejudice to any party.
3 | IT IS SO STIPULATED.
4 | DATED this 20th day of December, 2017.    DATED this 20th day of December, 2017.

**HAINES & KRIEGER, LLC**                **WRIGHT, FINLAY & ZAK, LLP**

*/s/ David H. Krieger, Esq.*             */s/ Christopher A. J. Swift, Esq.*
David H. Krieger, Esq.                   Christopher Alan James Swift, Esq.
Nevada Bar No. 9086                      Nevada Bar No. 11291
8985 S. Eastern Ave., Suite 350          7785 W. Sahara Ave., Suite 200
Henderson, Nevada 89123                  Las Vegas, Nevada 89117
*Attorneys for Plaintiffs, Emmett Whatley and*   *Attorneys for Defendant, Seterus, Inc.*
*Minke Weeks-Whatley*

## ORDER

IT IS SO ORDERED.

Dated this 22nd day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

*Respectfully submitted by:*

**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Christopher A. J. Swift, Esq.*
Christopher Alan James Swift, Esq.
Nevada Bar No. 11291
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Defendant, Seterus, Inc.*