WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Christopher Alan James Swift, Esq.
Nevada Bar No. 11291
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cswift@wrightlegal.net
*Attorneys for Defendant, Seterus, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EMMETT WHATLEY AND MINKE WEEKS-WHATLEY,<br><br>           Plaintiffs,<br>vs.<br><br>SETERUS, INC.,<br><br>           Defendant. | Case No.: 2:17-cv-02943-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR SETERUS, INC. TO FILE ITS RESPONSE TO THE COMPLAINT**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED between Plaintiffs, Emmett Whatley and Minke Weeks-Whatley ("Plaintiffs"), by and through his attorneys of record, David H. Krieger, Esq. of the law firm Haines & Krieger, LLC, and Defendant Seterus, Inc. ("Seterus"), by and through its attorneys of record, Edgar C. Smith, Esq. and Christopher Alan James Swift, Esq. of the law firm Wright, Finlay & Zak, LLP, agree to extend the deadline for Seterus to file its response to the Complaint, to January 10, 2018.

///

///

///

///

This is the parties' second request for an extension and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

DATED this 3rd day of January, 2017.　　　　DATED this 3rd day of January, 2017.

**HAINES & KRIEGER, LLC**　　　　　　　　**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Rachel B. Saturn, Esq.*　　　　　　　　　*/s/ Christopher A. J. Swift, Esq.*
David H. Krieger, Esq.　　　　　　　　　　　Christopher Alan James Swift, Esq.
Nevada Bar No. 9086　　　　　　　　　　　　Nevada Bar No. 11291
Rachel B. Saturn, Esq.　　　　　　　　　　　7785 W. Sahara Ave., Suite 200
Nevada Bar No. 8653　　　　　　　　　　　　Las Vegas, Nevada 89117
8985 S. Eastern Ave., Suite 350　　　　　　　*Attorneys for Defendant, Seterus, Inc.*
Henderson, Nevada 89123
*Attorneys for Plaintiffs, Emmett Whatley and Minke Weeks-Whatley*

## **ORDER**

IT IS SO ORDERED.

Dated this 4th day of January, 2018.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

*Respectfully submitted by:*

**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Christopher A. J. Swift, Esq.*
Christopher Alan James Swift, Esq.
Nevada Bar No. 11291
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Defendant, Seterus, Inc.*