David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
EMMETT WHATLEY AND MINKE WEEKS-WHATLEY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EMMETT WHATLEY AND MINKE WEEKS-WHATLEY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SETERUS, INC,<br><br>　　　　Defendant. | Case No.: **2:17-cv-02943-APG-PAL**<br><br>**NOTICE OF SETTLEMENT BETWEEN EMMETT WHATLEY AND MINKE WEEKS-WHATLEY AND <u>SETERUS, INC.</u>** |

**NOTICE IS HERBY GIVEN** that the dispute between EMMETT WHATLEY AND MINKE WEEKS-WHATLEY ("Plaintiff") and Defendant SETERUS, INC. ("SETERUS") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against SETERUS, with Prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to SETERUS be vacated

and that the Court set a deadline sixty (60) from present for filing a Dismissal as to SETERUS.

Dated: July 9, 2018

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
*EMMETT WHATLEY AND MINKE WEEKS-WHATLEY*

**IT IS SO ORDERED**. The parties shall have until **September 7, 2018**, to file a stipulation for dismissal or a joint status report indicating when a stipulation will be filed.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE
Dated this 13th day of July, 2018.