UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| EMMETT WHATLEY, et al., | Case No. 2:17-cv-02943-APG-PAL |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| SETERUS, INC., | |
| Defendant. | |

This matter is before the court on the parties' failure to comply with this court's Order (ECF No. 18).

On July 9, 2018, plaintiffs filed a Notice of Settlement with Seterus, Inc. (ECF No. 17). The notice stated that the disputes between the parties had been resolved, and that a stipulation to dismiss would be filed within 60 days.

On July 13, 2018, the court filed an Order (ECF No. 18), which gave the parties until **September 7, 2018**, to either file a stipulation to dismiss with prejudice, or to file a joint status report advising when the stipulation would be filed. To date, the parties have neither filed a stipulation to dismiss with prejudice, nor have they filed a joint status report as ordered or requested an extension of time to do so.

The court spends an inordinate amount of time following up with parties who claim the case has resolved and that their settlement will be finalized by a certain date, only to receive multiple requests for extensions of the deadlines. Worse yet are parties who simply ignore orders to file a stipulation to dismiss or a joint status report indicating when the stipulation to dismiss will be filed as these parties did. The notice was filed the last day of the discovery cutoff. The deadline for filing dispositive motions and the joint pretrial order have run. The court did not grant the plaintiffs' request to vacate "all pending dates and filing requirements" in the notice of settlement

**The parties are put on notice that the court will no longer grant relief from discovery plan and scheduling order deadlines for parties who file notices of settlement which are not finalized in a reasonable period of time.**

**IT IS ORDERED:**

1. The parties shall show cause in writing no later than **September 27, 2018**, why sanctions should not be imposed for their failure to either file a stipulation to dismiss with prejudice, or a joint status report as ordered. Order (ECF No. 18).

2. Filing the stipulation to dismiss with prejudice or a joint status report on or before **September 27, 2018**, will satisfy the court that sanctions are not warranted, and no further response to this order to show cause shall be required.

3. If the parties have been unable to finalize their settlement, the parties shall have until **October 4, 2018** to file a joint pretrial order.

DATED this 13th day of September, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE